448 A.2d 1164

Commonwealth v. Brennan, Appellant.

Argued June 23, 1981. Abraham J. Golden, for appellant; Michele G. Lehr, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgment of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.